

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br><br> ATLANTIC BROOM SERVICE, INC., *et al.,* <br> Debtors | Ch. 11 <br> 22-10173-JEB <br><br> Jointly Administered |

### Proceeding Memorandum and Order

**MATTER:**
Video Status Conference (J. Bodoff for Debtor)

**Decision set forth more fully as follows:**
Section 1188 Status Conference for the Debtor, ATL Municipal Sales, LLC, held.

Dated: 6/21/2022

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge